FILED
2021 Aug-26 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHNATHAN M. JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-00528-AMM-HNJ |
| JEFFERY BEST, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on July 13, 2021, recommending the defendant's motion for summary judgment be denied. Doc. 17. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment is **DENIED**. This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 26th day of August, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE